## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ELHAN ADO MUSKIC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | |
| | § | **CIVIL ACTION NO. _____** |
| **GREGORY SCOTT FULLER AND** | § | |
| **DOWDY TRANSPORT, LLC** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to 28 U.S.C. §1446(a) and 28 U.S.C. § 1332(a), Defendant, Dowdy Transport, LLC, submits this Notice of Removal and shows the Court as follows:

## I.
## INTRODUCTION

1.1    Plaintiff is Elhan Ado Muskic (hereinafter "Plaintiff"); Defendant is Dowdy Transport, LLC (hereinafter "Defendant").

1.2    On or about November 28, 2016, Plaintiff filed suit against Defendants, styled Cause No. DC-16-15155; *Elhan Ado Muskic v. Gregory Scott Fuller and Dowdy Transport, LLC*, pending in the 134th District Court, Dallas County, Texas, in which he seeks personal injury damages arising out of an alleged motor vehicle accident that occurred on October 16, 29015 in Carrollton, Dallas County, Texas.   Defendant Dowdy Transport, LLC was served on December 28, 2016.  Defendant Dowdy Transport, LLC filed its Original Answer on January 23, 2107 in which it generally denied each and every allegation contained in Plaintiff's Original Petition.

1.3     This removal is timely filed. Defendant Dowdy Transport, LLC was served by serving its agent, Anthony Dowdy, on December 28, 2016 and received notice of this suit on December 28, 2106. Defendant files this Notice of Removal within the 30-day time period required by 28 U.S.C. §1446(b), and within one year of commencement of the action.

## II.
## BASIS FOR REMOVAL

2.1     Removal is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a); *Johnson v. Columbia Props. Anchorage, L.P.*, 437 F.3d 894, 899-900 (9th Cir. 2006). Plaintiff is a citizen of the State of Kentucky.   Defendant Dowdy Transport, LLC is a Tennessee corporation, with its principal place of business in Tennessee.  Gregory Scott Fuller is a citizen of the State of Tennessee.  Additionally, the amount in controversy exceeds $75,000.00, excluding interest and costs. 28 U.S.C. §1332(a); *Andrews v. E.I. du Pont de Nemours & Co.*, 447 F.3d 510, 514-15 (7th Cir. 2006).  Based upon the claims asserted by Plaintiff in his First Amended Petition, Plaintiff seeks monetary relief of over $100,000 but not more than $200,000.  This amount in controversy exceeds $75,000.00, excluding interest, costs, and attorney fees.

2.2     All pleadings, process, orders, and other filings in the state court action are attached to this notice as Exhibit "1" for all purposes herein as required by 28 U.S.C. §1446(a).

2.3     Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the action has been pending is located in this district.

2.4     Defendant Dowdy Transport, LLC will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending.

## III.
## JURY DEMAND

3.1     Defendant Dowdy Transport, LLC demanded a jury in the state court action.

WHEREFORE, as there is complete diversity between the parties and an amount in controversy exceeding $75,000.00, Defendant Dowdy Transport, LLC respectfully requests the Court to remove the suit to the United States District Court for the Northern District of Texas, Fort Worth Division.

Respectfully submitted this 27th day of January, 2017.

NAMAN, HOWELL, SMITH & LEE, PLLC

BY: _Raymond C. Palmer, Jr._

RAYMOND C. PALMER, JR.
State Bar No. 15432620
rpalmer@namanhowell.com
L. HAYES FULLER, III
State Bar No. 07522500
fuller@namanhowell.com

Fort Worth Club Building
306 West 7th Street, Suite 405
Fort Worth, Texas 76102
Telephone: (817) 509-2025
Facsimile: (817) 509-2060

ATTORNEY FOR DEFENDANT
DOWDY TRANSPORT, LLC

## CERTIFICATE OF SERVICE

This certifies that on January 27, 2017, a true and correct copy of the foregoing was served as follows:

*Via CMRRR 7014 2120 0002 6759 0732*
Gregory B. Fell
The Fell Law Firm
3021 E. Renner Road, Suite 140
Richardson, TX  75082

Raymond C. Palmer, Jr.

Exhibit "1"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ELHAN ADO MUSKIC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. _____** |
| **GREGORY SCOTT FULLER AND** | § | |
| **DOWDY TRANSPORT, LLC** | § | |
| | § | |
| **Defendants.** | § | |

### APPENDIX/INDEX OF STATE COURT PLEADINGS

### NOTICE OF REMOVAL

| A. | Certified Copy of the State Court Docket | |
|---|---|---|
| B. | Plaintiff's Original Petition | 11/28/16 |
| C. | Civil Case Information Sheet | 11/28/16 |
| D. | Citation for Dowdy Transport, LLC | 11/28/16 |
| E. | Affidavit of Service on Dowdy Transport, LLC | 01/20/17 |
| F. | Plaintiff's First Amended Petition | 01/20/17 |
| G. | Original Answer of Dowdy Transport | 01/23/17 |

FELICIA PITRE, DISTRICT CLERK

# DOCKET SHEET
## CASE NO. DC-16-15155

| | | |
|---|---|---|
| **ELHAN ADO MUSKIC**<br>vs.<br>**GREGORY SCOTT FULLER, et al** | §<br>§<br>§<br>§ | Location: **134th District Court**<br>Judicial Officer: **TILLERY, DALE**<br>Filed on: **11/28/2016** |

---

### CASE INFORMATION

Case Type: **MOTOR VEHICLE ACCIDENT**

---

### PARTY INFORMATION

*Lead Attorneys*

| | | |
|---|---|---|
| **PLAINTIFF** | **MUSKIC, ELHAN ADO** | **FELL, GREGORY B**<br>*Retained*<br>972-488-8177(W) |
| **DEFENDANT** | **DOWDY TRANSPORT, LLC**<br>*BY SERVING REGISTERED AGENT ANTHONY SCOTT DOWDY*<br>*110 CARRIAGE WAY*<br>*HENDERSONVILLE, TN 37075* | **PALMER, RAYMOND C**<br>*Retained*<br>817-509-2025(W) |
| | **FULLER, GREGORY SCOTT**<br>*5024 CONQUER DRIVE*<br>*MURFREESBORO, TN 37128* | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 11/28/2016 | NEW CASE FILED (OCA) - CIVIL | |
| 11/28/2016 | ORIGINAL PETITION | |
| 11/28/2016 | CASE FILING COVER SHEET | |
| 11/28/2016 | ISSUE CITATION | |
| 11/29/2016 | **CITATION**<br>FULLER, GREGORY SCOTT<br>Unserved<br><br>DOWDY TRANSPORT, LLC<br>Served: 12/28/2016<br>*MAIL ATTY* | |
| 12/01/2016 | NOTICE OF DISMISSAL FOR WANT OF PROSECUTION | |
| 01/20/2017 | RETURN OF SERVICE<br>*CIT EXEC 12/28/16 TO DOWDY TRANSPORT LLC TENNESSEE* | |
| 01/20/2017 | AMENDED PETITION<br>*FIRST AMENDED PETITION* | |
| 01/20/2017 | REQUEST FOR SERVICE | |
| 01/20/2017 | ISSUE CITATION COMM OF INS OR SOS<br>*PUT IN BOX 1/23/17*CDM/NEED SASE*CDM* | |
| 01/23/2017 | ORIGINAL ANSWER - GENERAL DENIAL<br>Party:  DEFENDANT  DOWDY TRANSPORT, LLC | |

*Printed on 01/27/2017 at 9:19 AM*

FELICIA PITRE, DISTRICT CLERK
# DOCKET SHEET
## CASE NO. DC-16-15155

| 01/24/2017 | CITATION SOS/COI/COH/HAG |  |  |
| | FULLER, GREGORY SCOTT | | |
| | Unserved | | |
| | *MAIL ATTY* | | |
| 01/26/2017 | 🗎 JURY DEMAND | | |
| 01/30/2017 | 🗎 **DISMISSAL FOR WANT OF PROSECUTION** (10:00 AM)  (Judicial Officer: TILLERY, DALE) | | |

| DATE | FINANCIAL INFORMATION | | |
| --- | --- | --- | --- |
| | **DEFENDANT** DOWDY TRANSPORT, LLC | | |
| | Total Charges | | 40.00 |
| | Total Payments and Credits | | 40.00 |
| | **Balance Due as of  1/27/2017** | | **0.00** |
| 01/27/2017 | Charge | DEFENDANT DOWDY TRANSPORT, LLC | 40.00 |
| 01/27/2017 | CREDIT CARD -  Receipt # 5346-2017-DCLK TEXFILE (DC) | DEFENDANT DOWDY TRANSPORT, LLC | (40.00) |
| | **PLAINTIFF**  MUSKIC, ELHAN ADO | | |
| | Total Charges | | 336.61 |
| | Total Payments and Credits | | 336.61 |
| | **Balance Due as of  1/27/2017** | | **0.00** |
| 11/28/2016 | Charge | PLAINTIFF MUSKIC, ELHAN ADO | 314.61 |
| 11/28/2016 | CREDIT CARD -  Receipt # 74306-2016-DCLK TEXFILE (DC) | PLAINTIFF MUSKIC, ELHAN ADO | (314.61) |
| 01/23/2017 | Charge | PLAINTIFF MUSKIC, ELHAN ADO | 22.00 |
| 01/23/2017 | CREDIT CARD -  Receipt # 4153-2017-DCLK TEXFILE (DC) | PLAINTIFF MUSKIC, ELHAN ADO | (22.00) |

*Printed on 01/27/2017 at 9:19 AM*

STATE OF TEXAS
COUNTY OF DALLAS

I, FELICIA PITRE, Clerk of the District of Dallas County,
Texas, do hereby certify that I have compared this instrument
to be a true and correct copy of the original as appears on
record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office
in Dallas, Texas, this _27_ day of _January_ A.D., _201_.

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By_____Deputy

2-CIT MAIL ATTY

FILED
DALLAS COUNTY
11/28/2016 9:16:00 AM
FELICIA PITRE
DISTRICT CLERK

Marissa Pittman

DC-16-15155

**CAUSE NUMBER** _____

| | | |
|---|---|---|
| **ELHAN ADO MUSKIC,** | § | **IN THE** _____ |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | **JUDICIAL DISTRICT COURT** |
| | § | |
| **GREGORY SCOTT FULLER and** | § | |
| **DOWDY TRANSPORT, LLC,** | § | |
| **Defendants** | § | **DALLAS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Elhan Ado Muskic ("Plaintiff") complaining of Gregory Scott Fuller ("Fuller") and Dowdy Transport, LLC ("Dowdy") (both collectively "Defendants") and for cause of action would show unto the Court the following:

### I. DISCOVERY CONTROL PLAN AND TRCP 47 STATEMENT

This case concerns personal injuries suffered in a motor vehicle accident. Plaintiff states that discovery is intended to be conducted under Level 2. Plaintiff seeks monetary relief of over $100,000 but not more than $200,000.

### II. THE PARTIES

Plaintiff is an individual.

Defendant, **Gregory Scott Fuller,** is an individual who may be served with process at his residence located at **5024 Conquer Drive, Murfreesboro, Tennessee 37128.**

Defendant, **Dowdy Transport, LLC,** is a Tennessee limited liability company which may be served with process via its registered agent, **Anthony Scott Dowdy, 110 Carriage Way, Hendersonville, Tennessee 37075.**

Pursuant to §30.014 of the Texas Civil Practice and Remedies Code, Plaintiff provides the following information:

Elhan Muskic
    342    Last three digits of Kentucky Driver's License
    248    Last three digits of Social Security Number

Gregory Fuller
    997    Last three digits of Tennessee Driver's License

## III. JURISDICTION AND VENUE

This court has jurisdiction and venue is proper in Dallas County, Texas because the accident made the basis of this lawsuit occurred in Dallas County, Texas, and Plaintiff's damages are within the jurisdictional limits of this Court.

## IV. FACTUAL BACKGROUND

On or about October 16, 2015, Plaintiff, a professional truck driver, had parked his 18-wheel tractor trailer in the parking lot located at 2080 McDaniel Drive in Carrollton, Texas. Plaintiff was under the front of his truck inspecting a leak when Defendant Fuller, operating an 18-wheel tractor trailer owned by Defendant Dowdy on a perpendicular course in the same parking lot, failed to keep proper lookout and ran over Plaintiff's right arm. Plaintiff suffered severe injuries and had to be rushed to Parkland Hospital by City of Carrollton EMS. As a direct and proximate result of Defendants' negligence, Plaintiff sustained the damages complained herein.

## V. CAUSE OF ACTION - NEGLIGENCE

Plaintiff would show that at the time and on the occasion complained of Defendant Fuller was negligent and which negligence proximately caused him damages in some or all, but not necessarily limited to, the following particulars:

1.    In failing to keep such proper lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

2.    In failing to make a timely application of his brakes under the conditions and circumstances then and there existing;

3.    In failing to make a proper application of his brakes under the conditions and circumstances then and there existing; and

4.    In failing to control the speed at which he operated his vehicle.

Each of these acts and omissions, singularly or in combination with others, constituted negligence which proximately caused the occurrence made the basis of Plaintiff's action and Plaintiff's damages.

## VI. VICARIOUS LIABILITY

At the time of the accident, Defendant Fuller was operating the vehicle within the course and scope of his employment with Defendant Dowdy, which is, therefore, vicariously liable for Defendant Fuller's acts and omissions pursuant to the doctrine of respondeat superior.

## VII. DAMAGES

Plaintiff would show that as a direct and proximate result of the negligence of Defendants, he has suffered the following damages, for which he should be compensated in a sum that is within the jurisdictional limits of this Court:

1. Reasonable medical care and expenses in the past.  These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and customary for such services in the county in which they were rendered;

2. Reasonable medical care and expenses that in reasonable medical probability will be needed and incurred by Plaintiff in the future;

3. Physical pain and suffering in the past;

4. Physical pain and suffering in the future;

5. Mental anguish in the past;

6. Mental anguish in the future;

7. Physical impairment in the past;

8. Physical impairment in the future;

9. Lost wages/income in the past;

10. Lost wages/income in the future;

11. Loss of earning capacity.

## VIII.  PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully prays that Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court, pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law, post-judgment interest at the legal rate, costs of court; and such other and further relief to which Plaintiff may be entitled at law or in equity.

Respectfully Submitted,


_____*/s/ Gregory B. Fell*_____
Gregory B. Fell
TBN:  00790670
gfell@felllawfirm.com

The Fell Law Firm
3021 E. Renner Rd., Suite 140
Richardson, Texas 75082
(972) 488-8177 – phone
(972) 664-0470 – fax

ATTORNEY FOR PLAINTIFF

# CIVIL CASE INFORMATION SHEET

FILED
DALLAS COUNTY
11/28/2016 9:16:00 AM
FELICIA PITRE
DISTRICT CLERK
Marissa Pittman

CAUSE NUMBER *(FOR CLERK USE ONLY):* __DC-16-15155__                    COURT *(FOR CLERK USE ONLY):* _____

STYLED __Elhan Ado Muskic v. Gregory Scott Fuller & Dowdy Transport, LLC__
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name: **Gregory B. Fell** <br><br> Email: **gfell@felllawfirm.com** | Plaintiff(s)/Petitioner(s): <br><br> **Elhan Ado Muskic** | ☐ Attorney for Plaintiff/Petitioner <br> ☐ *Pro Se* Plaintiff/Petitioner <br> ☐ Title IV-D Agency <br> ☐ Other: |
| Address: **3021 E. Renner, Suite 140** <br><br> Telephone: **972-488-8177** | | Additional Parties in Child Support Case: |
| City/State/Zip: **Richardson, TX 75082** <br><br> Fax: **972-664-0470** | Defendant(s)/Respondent(s): <br><br> **Gregory Scott Fuller and** <br> **Dowdy Transport, LLC** | Custodial Parent: <br><br> Non-Custodial Parent: |
| Signature: **/s/ Gregory B. Fell** <br><br> State Bar No: **00790670** | [Attach additional page as necessary to list all parties] | Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* <br> ☐ Consumer/DTPA <br> ☐ Debt/Contract <br> ☐ Fraud/Misrepresentation <br> ☐ Other Debt/Contract: | ☐ Assault/Battery <br> ☐ Construction <br> ☐ Defamation <br> *Malpractice* <br> ☐ Accounting <br> ☐ Legal <br> ☐ Medical <br> ☐ Other Professional <br>    Liability: | ☐ Eminent Domain/ <br>   Condemnation <br> ☐ Partition <br> ☐ Quiet Title <br> ☐ Trespass to Try Title <br> ☐ Other Property: | ☐ Annulment <br> ☐ Declare Marriage Void <br> *Divorce* <br>   ☐ With Children <br>   ☐ No Children | ☐ Enforcement <br> ☐ Modification—Custody <br> ☐ Modification—Other |
| *Foreclosure* <br> ☐ Home Equity—Expedited <br> ☐ Other Foreclosure <br> ☐ Franchise <br> ☐ Insurance <br> ☐ Landlord/Tenant <br> ☐ Non-Competition <br> ☐ Partnership <br> ☐ Other Contract: | ☒ Motor Vehicle Accident <br> ☐ Premises <br> *Product Liability* <br> ☐ Asbestos/Silica <br> ☐ Other Product Liability <br>   List Product: <br><br> ☐ Other Injury or Damage: | **Related to Criminal Matters** <br> ☐ Expunction <br> ☐ Judgment Nisi <br> ☐ Non-Disclosure <br> ☐ Seizure/Forfeiture <br> ☐ Writ of Habeas Corpus— <br>   Pre-indictment <br> ☐ Other: | **Title IV-D** <br> ☐ Enforcement/Modification <br> ☐ Paternity <br> ☐ Reciprocals (UIFSA) <br> ☐ Support Order | |
| | | | **Other Family Law** <br> ☐ Enforce Foreign <br>   Judgment <br> ☐ Habeas Corpus <br> ☐ Name Change <br> ☐ Protective Order <br> ☐ Removal of Disabilities <br>   of Minority <br> ☐ Other: | **Parent-Child Relationship** <br> ☐ Adoption/Adoption with <br>   Termination <br> ☐ Child Protection <br> ☐ Child Support <br> ☐ Custody or Visitation <br> ☐ Gestational Parenting <br> ☐ Grandparent Access <br> ☐ Parentage/Paternity <br> ☐ Termination of Parental <br>   Rights <br> ☐ Other Parent-Child: |
| **Employment** | | **Other Civil** | | |
| ☐ Discrimination <br> ☐ Retaliation <br> ☐ Termination <br> ☐ Workers' Compensation <br> ☐ Other Employment: | | ☐ Administrative Appeal <br> ☐ Antitrust/Unfair <br>   Competition <br> ☐ Code Violations <br> ☐ Foreign Judgment <br> ☐ Intellectual Property | ☐ Lawyer Discipline <br> ☐ Perpetuate Testimony <br> ☐ Securities/Stock <br> ☐ Tortious Interference <br> ☐ Other: | |
| **Tax** | | *Probate & Mental Health* | | |
| ☐ Tax Appraisal <br> ☐ Tax Delinquency <br> ☐ Other Tax | | *Probate/Wills/Intestate Administration* <br> ☐ Dependent Administration <br> ☐ Independent Administration <br> ☐ Other Estate Proceedings | ☐ Guardianship—Adult <br> ☐ Guardianship—Minor <br> ☐ Mental Health <br> ☐ Other: | |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court <br> ☐ Arbitration-related <br> ☐ Attachment <br> ☐ Bill of Review <br> ☐ Certiorari <br> ☐ Class Action | ☐ Declaratory Judgment <br> ☐ Garnishment <br> ☐ Interpleader <br> ☐ License <br> ☐ Mandamus <br> ☐ Post-judgment | ☐ Prejudgment Remedy <br> ☐ Protective Order <br> ☐ Receiver <br> ☐ Sequestration <br> ☐ Temporary Restraining Order/Injunction <br> ☐ Turnover |

## 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☒ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

> DOWDY TRANSPORT, LLC
> SERVED BY REGISTERED AGENT ANTHONY SCOTT DOWDY
> 110 CARRIAGE WAY
> HENDERSONVILLE, TENNESSEE 37075

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty   days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ELHAN ADO MUSKIC**

Filed in said Court  **28th day of November, 2016** against

**GREGORY SCOTT FULLER AND DOWDY TRANSPORT, LLC**

For Suit, said suit being numbered <u>DC-16-15155,</u> the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 29th day of November, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By *Latonya Beasley* , Deputy
LATONYA BEASLEY



---

### MAIL ATTY

### CITATION

---

### DC-16-15155

---

**ELHAN ADO MUSKIC**
vs.
**GREGORY SCOTT FULLER, et al**

ISSUED THIS
**29th day of November, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: LATONYA BEASLEY, Deputy

---

**Attorney for Plaintiff**
GREGORY B FELL
3021 EAST RENNER ROAD
SUITE 140
RICHARDSON TX  75082
972-488-8177

---

**DALLAS COUNTY CONSTABL**
FEES
PAID          FEES NOT
PAID

# OFFICER'S RETURN

Case No. : DC-16-15155

Court No.134th District Court

Style: ELHAN ADO MUSKIC

vs.

GREGORY SCOTT FULLER, et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ |  |
| For mileage | $_____ | of_____County, _____ |  |
| For Notary | $_____ | By_____Deputy |  |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

## AFFIDAVIT OF SERVICE

| Case:<br>DC-16-15155 | Court:<br>JUDICIAL DISTRICT | County:<br>DALLAS, TX | Job:<br>1163967 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>ELHAN ADO MUSKIC | | Defendant / Respondent:<br>GREGORY SCOTT FULLER | |
| Received by:<br>JUSTIN CASE PROCESS SERVICE | | For:<br>SPECIAL DELIVERY | |
| To be served upon:<br>DOWDY TRANSPORT, LLC | | | |

I, TIM CUMMINS, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   DOWDY TRANSPORT, LLC, 188 CENTERPOINTE RD SUITE A HENDERSONVILLE, TN 37075
Manner of Service:   Authorized, Dec 28, 2016, 4:31 pm CST
Documents:   DOWDY TRANSPORT.pdf (Received Dec 23, 2016 at 12:00pm CST)

Additional Comments:
1) Unsuccessful Attempt: Dec 27, 2016, 6:20 pm CST at 110 CARRIAGE WAY, HENDERSONVILLE, TN 37075
Left Notice, No one was home.

2) Successful Attempt: Dec 28, 2016, 4:31 pm CST at 110 CARRIAGE WAY, HENDERSONVILLE, TN 37075 received by DOWDY TRANSPORT, LLC.
Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'2"; Hair: Brown;
HAND DELIVERED TO ANTHONY DOWDY

TIM CUMMINS                                           Date   3 JAN 2017

JUSTIN CASE PROCESS SERVICE
533 CHURCH STREET SUITE 247
NASHVILLE, TN 37219
615-230-7342

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date   1/3/17            Commission Expires   1/29/18

RICKY COOPER
STATE
OF
TENNESSEE
NOTARY
PUBLIC
SUMNER COUNTY

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**FILED**

17 JAN 20 AM 9: 55

FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS



To:
**DOWDY TRANSPORT, LLC**
**SERVED BY REGISTERED AGENT ANTHONY SCOTT DOWDY**
**110 CARRIAGE WAY**
**HENDERSONVILLE, TENNESSEE 37075**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty   days after you were served this citation and **ORIGINAL** petition, a default
judgment may be taken against you. Your answer should be addressed to the clerk of the **134th District
Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ELHAN ADO MUSKIC**

Filed in said Court  **28th day of November, 2016** against

**GREGORY SCOTT FULLER AND DOWDY TRANSPORT, LLC**

For Suit, said suit being numbered **DC-16-15155,** the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies
this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 29th day of November, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By  , Deputy
LATONYA BEASLEY



---

**MAIL ATTY**

**CITATION**

**DC-16-15155**

**ELHAN ADO MUSKIC**
**vs.**
**GREGORY SCOTT FULLER, et al**

ISSUED THIS
29th day of November, 2016

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: LATONYA BEASLEY, Deputy

**Attorney for Plaintiff**
GREGORY B FELL
3021 EAST RENNER ROAD
SUITE 140
RICHARDSON TX  75082
972-488-8177

## OFFICER'S RETURN

Case No. : DC-16-15155

Court No.134th District Court

Style: ELHAN ADO MUSKIC

vs.

GREGORY SCOTT FULLER, et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of_____,

20_____, by delivering to the within named _____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____County,_____ |
| For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of_____, 20_____,

to certify which witness my hand and seal of office.

** SEE ~~ATTACHED~~ **
***AFFIDAVIT***

_____

Notary Public_____County_____

FILED
DALLAS COUNTY
1/20/2017 6:04:22 PM
FELICIA PITRE
DISTRICT CLERK

Crystal McDowell

## CAUSE NUMBER DC-16-15155

| | | |
|---|---|---|
| **ELHAN ADO MUSKIC,** | § | IN THE 134TH |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | **JUDICIAL DISTRICT COURT** |
| | § | |
| **GREGORY SCOTT FULLER and** | § | |
| **DOWDY TRANSPORT, LLC,** | § | |
| **Defendants** | § | **DALLAS COUNTY, TEXAS** |

## PLAINTIFF'S FIRST AMENDED PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Elhan Ado Muskic ("Plaintiff") complaining of Gregory Scott Fuller ("Fuller") and Dowdy Transport, LLC ("Dowdy") (both collectively "Defendants") and for cause of action would show unto the Court the following:

### I. DISCOVERY CONTROL PLAN AND TRCP 47 STATEMENT

This case concerns personal injuries suffered in a motor vehicle accident. Plaintiff states that discovery is intended to be conducted under Level 2. Plaintiff seeks monetary relief of over $100,000 but not more than $200,000.

### II. THE PARTIES

Plaintiff is an individual.

Defendant, **Gregory Scott Fuller,** is an individual who may be served with process at his residence located at **5024 Conquer Drive, Murfreesboro, Tennessee 37128.**

Defendant, Dowdy Transport, LLC, is a Tennessee limited liability company which has been previously served with citation via its registered agent, Anthony Scott Dowdy, 110 Carriage Way, Hendersonville, Tennessee 37075.

Pursuant to §30.014 of the Texas Civil Practice and Remedies Code, Plaintiff provides the following information:

Elhan Muskic
- 342    Last three digits of Kentucky Driver's License
- 248    Last three digits of Social Security Number

Gregory Fuller
- 997    Last three digits of Tennessee Driver's License

## III. JURISDICTION AND VENUE

This court has jurisdiction and venue is proper in Dallas County, Texas because the accident made the basis of this lawsuit occurred in Dallas County, Texas, and Plaintiff's damages are within the jurisdictional limits of this Court.

Long-arm jurisdiction and service upon the Chairman of the Texas Transportation Commission is appropriate for Defendant Gregory Fuller pursuant to Chapter 17 of the Texas Civil Practice and Remedies Code because Defendant Fuller is not a resident of Texas and this lawsuit grows out of an accident in which Defendant Fuller was involved while operating a motor vehicle in the State of Texas. The accident occurred in the parking lot located at 2080 McDaniel Drive in Carrollton, Texas.

## IV.  FACTUAL BACKGROUND

On or about October 16, 2015, Plaintiff, a professional truck driver, had parked his 18-wheel tractor trailer in the parking lot located at 2080 McDaniel Drive in Carrollton, Texas. Plaintiff was under the front of his truck inspecting a leak when Defendant Fuller, operating an 18-wheel tractor trailer owned by Defendant Dowdy on a perpendicular course in the same parking lot, failed to keep proper lookout and ran over Plaintiff's right arm.  Plaintiff suffered severe injuries and had to be rushed to Parkland Hospital by City of Carrollton EMS.  As a direct and proximate result of Defendants' negligence, Plaintiff sustained the damages complained herein.

## V.  CAUSE OF ACTION - NEGLIGENCE

Plaintiff would show that at the time and on the occasion complained of Defendant Fuller was negligent and which negligence proximately caused him damages in some or all, but not necessarily limited to, the following particulars:

1.    In failing to keep such proper lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

2.    In failing to make a timely application of his brakes under the conditions and circumstances then and there existing;

3.    In failing to make a proper application of his brakes under the conditions and circumstances then and there existing; and

4.    In failing to control the speed at which he operated his vehicle.

Each of these acts and omissions, singularly or in combination with others, constituted negligence which proximately caused the occurrence made the basis of Plaintiff's action and Plaintiff's damages.

## VI. VICARIOUS LIABILITY

At the time of the accident, Defendant Fuller was operating the vehicle within the course and scope of his employment with Defendant Dowdy, which is, therefore, vicariously liable for Defendant Fuller's acts and omissions pursuant to the doctrine of respondeat superior.

## VII. DAMAGES

Plaintiff would show that as a direct and proximate result of the negligence of Defendants, he has suffered the following damages, for which he should be compensated in a sum that is within the jurisdictional limits of this Court:

1.  Reasonable medical care and expenses in the past.  These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and customary for such services in the county in which they were rendered;

2.  Reasonable medical care and expenses that in reasonable medical probability will be needed and incurred by Plaintiff in the future;

3.  Physical pain and suffering in the past;

4.  Physical pain and suffering in the future;

5.  Mental anguish in the past;

6.  Mental anguish in the future;

7.  Physical impairment in the past;

8.  Physical impairment in the future;

9.  Lost wages/income in the past;

10.  Lost wages/income in the future;

11.  Loss of earning capacity.

## VIII. PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully prays that Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court, pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law, post-judgment interest at the legal rate, costs of court; and such other and further relief to which Plaintiff may be entitled at law or in equity.

Respectfully Submitted,


_____/s/ Gregory B. Fell_____
Gregory B. Fell
TBN: 00790670
gfell@felllawfirm.com

The Fell Law Firm
3021 E. Renner Rd., Suite 140
Richardson, Texas 75082
(972) 488-8177 – phone
(972) 664-0470 – fax

ATTORNEY FOR PLAINTIFF

FILED
DALLAS COUNTY
1/23/2017 9:38:33 AM
FELICIA PITRE
DISTRICT CLERK

## CAUSE NO. DC-16-15155

| | | |
|---|---|---|
| ELHAN ADO MUSKIC | § | IN THE 134TH |
| | § | |
| V. | § | JUDICIAL DISTRICT COURT |
| | § | |
| GREGORY SCOTT FULLER AND | § | |
| DOWDY TRANSPORT, LLC | § | DALLAS COUNTY, TEXAS |

### ORIGINAL ANSWER OF DOWDY TRANSPORT, L.L.C.

**NOW COMES** Dowdy Transport, LLC, named Defendant in the above-entitled and numbered cause, and file this Original Answer and show the Court:

### I.
### GENERAL DENIAL

Defendant Dowdy Transport, LLC denies each and every allegation of Plaintiff's Original Petition and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

### II.
### REQUEST FOR DISCLOSURE

Under the Texas Rule of Civil Procedure 194, Defendant requests that the Plaintiff disclose, within 30 days of the service of this request, the information or material described in Rule 194.2.

### III.
### JURY DEMAND

Defendant herein, respectfully demands a trial by jury of the above entitled and numbered cause.

### IV.
### NOTICE

Pursuant to Texas Rules of Civil Procedure 193.7, Defendant gives notice that all documents produced by any party herein will be used at any pre-trial proceeding and at trial.

---

## PRAYER

Defendant Dowdy Transport, LLC prays the Court, after notice and hearing or trial, enters judgment in favor of Defendant Dowdy Transport, LLC, award this Defendant its costs of court, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,

NAMAN, HOWELL, SMITH & LEE, PLLC

BY: _____
RAYMOND C. PALMER, JR.
State Bar No. 15432620
rpalmer@namanhowell.com
L. HAYES FULLER, III
State Bar No. 07522500
fuller@namanhowell.com

Fort Worth Club Building
306 West 7th Street, Suite 405
Fort Worth, Texas 76102
Telephone: (817) 509-2025
Facsimile: (817) 509-2060

ATTORNEY FOR DEFENDANT
DOWDY TRANSPORT, LLC

{04333252.DOCX / }
ORIGINAL ANSWER OF DOWDY TRANSPORT, L.L.C.                    Page 2

## CERTIFICATE OF SERVICE

This certifies that on January 20, 2017, a true and correct copy of the foregoing was served as follows:

*Via E-Mail*

gfell@felllawfirm.com

Gregory B. Fell
The Fell Law Firm
3021 E. Renner Road, Suite 140
Richardson, TX 75082

_____
Raymond C. Palmer, Jr.