IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELHAN ADO MUSKIC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:17-CV-0266D |
| GREGORY SCOTT FULLER AND | § | |
| DOWDY TRANSPORT, LLC | § | |
| | § | |
| Defendants. | § | |

## ORDER ON JOINT STIPULATION OF DISMISSAL

After considering Plaintiff and Defendant's Joint Stipulation of Dismissal, the Court **GRANTS** the Joint Stipulation of Dismissal, and dismisses any and all claims alleged by Plaintiff, Elhan Ado Muskic, and Defendants Gregory Scott Fuller and Dowdy Transport, LLC, with prejudice to the re-filing of same.

SIGNED April 5, 2018.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED & ENTRY REQUESTED:**

/s/Gregory B. Fell
GREGORY B. FELL
State Bar No. 00790670
gfell@felllawfirm.com
The Fell Law Firm
3021 Renner Rd., Suite 140
Richardson, Texas 75082
Telephone: 972-488-8177
Facsimile: 972-664-0470

**ATTORNEY FOR PLAINTIFF**

/s/Raymond C. Palmer, Jr.
RAYMOND C. PALMER, JR.
State Bar No. 15432620
rpalmer@namanhowell.com
L. HAYES FULLER, III
State Bar No. 07522500
fuller@namanhowell.com
Naman Howell Smith & Lee, PLLC
Fort Worth Club Building
306 West 7th Street, Suite 405
Fort Worth, Texas 76102
Telephone: (817) 509-2025
Facsimile: (817) 509-2060

**ATTORNEY FOR DEFENDANTS**
**GREGORY SCOTT FULLER AND**
**DOWDY TRANSPORT, LLC**